IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES W. JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv341 |
| STEVE MORRIS | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that the above-styled petition for writ of habeas corpus is **DISMISSED**.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **30** day of **August, 2005.**

_____
Thad Heartfield
United States District Judge